ACCEPTED
14-15-00008-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/25/2015 6:53:07 PM
CHRISTOPHER PRINE
CLERK

In the
COURT OF APPEALS
FOR THE
Fourteenth District of Texas

_____

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

6/25/2015 6:53:07 PM

CHRISTOPHER A. PRINE
Clerk

**NO. 14-15-00008-CV**

_____

**IN THE INTEREST OF K.S., K.S., AND C.S.
MINOR CHILDREN**

_____

On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2011-55905

_____

**APPELLEE'S AGREED MOTION TO EXTEND TIME
TO FILE APPELLEE'S BRIEF**

## NO. 14-15-00008-CV

| MICHAEL SLEEMAN | § | IN THE DISTRICT COURT |
|---|---|---|
| AND DIANE SLEEMAN | § | |
|   APPELLANT | § | |
| | § | |
| V. | § | 309TH JUDICIAL DISTRICT |
| | § | |
| ESTHER CHUDLEIGH | § | |
|   APPELLEE | § | HARRIS COUNTY, TEXAS |

## APPELLEE'S AGREED MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

Appellee, ESTHER CHUDLEIGH, asks the Court to extend the time to file its brief and respectfully shows the following:

## A. INTRODUCTION

1. Appellants are MICHAEL AND DIANE SLEEMAN; Appellee is ESTHER CHUDLEIGH.

2. Appellee's brief is due on June 28, 2015.

3. Appellee respectfully requests an additional 30 days to file its brief, extending the time until July 28, 2015.

4. The parties have agreed to this motion.

## B. ARGUMENT & AUTHORITIES

5. Appellee's attorney Terisa Taylor of The Law Office of Terisa Taylor, P.C., needs additional time to file its brief because Appellee's attorney has an unusually heavy docket, staff on vacation, and the research, preparation, and drafting off the Appellee's brief will be disrupted by the heavy docket and absent of the staff.

6.      No extension has been granted to extend the time to file Appellee's brief.

7.      Appellee's Agreed Motion to Extend Time to File Appellee's Brief is not sought for delay, but so that the interest of justice may be served.

## C.  PRAYER

4.      For these reasons, ESTHER CHUDLEIGH, asks this Court to grant an extension of time to file response to appellant's brief.

Respectfully submitted,

**The Law Office of Terisa Taylor, P.C.**
917 Franklin Street, Suite 510
Houston, Texas 77002
Tel: (713) 224-9900
Fax:  (713) 224-9903
Email:  service@ttaylorlawoffice.net

/s/ *Terisa Taylor*
By:_____
  **TERISA TAYLOR**
  SBN:  24000240
  **GRACE M. CRUMP**
  SBN: 24083482
  Counsel for: Appellee

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Walter P. Mahoney, Jr.'s, via telephone on June 25, 2015, and he has agreed and is unopposed to this Agreed Motion to Extend Time to File Appellee's Brief.

/s/ *Terisa Taylor*

**TERISA TAYLOR**
**GRACE M. CRUMP**

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June, 2015, a true and correct copy of the foregoing instrument was served upon each attorney of record or party in accordance with the Texas Rules of Civil Procedure.

/s/ *Terisa Taylor*

**TERISA TAYLOR**
**GRACE M. CRUMP**